| | |
|---|---|
| CAPSTONE LAW APC<br>Cody R. Padgett, SBN 275553<br>Cody.Padgett@capstonelawyers.com<br>Shahin Rezvani (SBN 199614)<br>Shahin.Rezvani@capstonelawyers.com<br>Abigail J. Gertner (pro hac vice)<br>Abigail.Gertner@capstonelawyers.com<br>Majdi Hijazin (pro hac vice)<br>Majdi.Hijazin@capstonelawyers.com<br>1875 Century Park East, Suite 1000<br>Los Angeles, California 90067<br>Telephone: (310) 556-4811<br>Facsimile: (310) 943-0396 | SHOOK, HARDY & BACON L.L.P.<br>Amir Nassihi (SBN 235936)<br>anassihi@shb.com<br>One Montgomery, Suite 2600<br>San Francisco, CA 94104<br>Telephone: (415) 544-1900<br>Facsimile: (415) 391-0281 |
| Russell D. Paul (*pro hac vice*)<br>rpaul@bm.net<br>Amey J. Park (*pro hac vice*)<br>apark@bm.net<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: 215.875.3000 \| Fax: 215.875.4604 | Michael L. Mallow (SBN 188745)<br>mmallow@shb.com<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (424) 285-8330<br>Facsimile: (424) 204-9093 |
| Attorneys for Plaintiffs | Attorneys for Defendant<br>American Honda Motor Co., Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MOORE, ANITA MOORE, TONY BOATWRIGHT, CHUEN YONG, THOMAS DESILVA, JULIE DESILVA, and MARK TRELEVEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 5:23-cv-05011-BLF<br><br>Assigned to: Hon. Beth Labson Freeman<br>Ctrm: 3 – 5th floor<br><br>**STIPULATION OF DISMISSAL [RULE 41(a)(1)(A)(ii)]** |

APPROVED
Judge Beth Labson Freeman

STIPULATION OF DISMISSAL (FRCP 41(A)(1)(A)(II))

1    Plaintiffs Kevin Moore, Anita Moore, Tony Boatwright, Cheun Yong, Thomas DeSilva,
2 Julie DeSilva, and Mark Tevelen, ("Plaintiffs") and Defendant American Honda Motor Co., Inc.
3 ("AHM") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to
4 the dismissal of this action with prejudice as to the Plaintiffs' individual claims and without
5 prejudice as to any putative class claims alleged, with each side to bear its own costs.
6    IT IS SO STIPULATED.

8 Dated: January 13, 2026                  Respectfully submitted,

9                                          CAPSTONE LAW APC

10                                         By: */s/ Cody R. Padgett*
11                                             Cody R. Padgett
                                               Shahin Rezvani
12                                             Abigail J. Gertner
                                               Majdi Hijazin
13                                             CAPSTONE LAW APC
                                               1875 Century Part East, Suite 1860
14                                             Los Angeles, California 90067
                                               Cody.Padgett@Capstonelawyers.com
15                                             Shahin.Rezvani@capstonelawyers.com
16                                             Abigail.Gertner@capstonelawyers.com
                                               Majdi.Hijazin@capstonelawyers.com
17                                             Tel: 310.556.4811 | Fax: 310.943.0396

18                                             Russell D. Paul (*pro hac vice*)
19                                             rpaul@bm.net
                                               Amey J. Park (*pro hac vice*)
20                                             apark@bm.net
                                               BERGER MONTAGUE PC
21                                             1818 Market Street, Suite 3600
                                               Philadelphia, PA 19103
22                                             Tel: 215.875.3000 | Fax: 215.875.4604

23                                             Attorneys for Plaintiffs

2
STIPULATION OF DISMISSAL (FRCP 41(A)(1)(A)(II))

1 | Dated: January 13, 2026        Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
    AMIR NASSIHI
    Shook, Hardy & Bacon L.L.P.
    Amir Nassihi, SBN 235936
    anassihi@shb.com
    Joan R. Camagong, SBN 288217
    jcamagong@shb.com
    555 Mission St. Suite 2300
    San Francisco, California 94105
    Tel:  415.544.1900 | Fax:  415.391.0281

    Michael L. Mallow, SBN 188745
    mmallow@shb.com
    2049 Century Park East, #3000
    Los Angeles, California 90067
    Tel: 424.285.8330 | Fax: 424.204.9093

    Attorneys for Defendant
    AMERICAN HONDA MOTOR CO., INC.